IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.;  )<br>et al.,                    )<br>                          )<br>    Plaintiffs,          )<br>                          )<br>    v.                    )<br>                          )<br>BAMA LANES, INC. d/b/a The )<br>Blue Iguana Bar & Grill;  )<br>and STEVEN LANDER and TERRI )<br>LANDER, each individually, )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>  2:13cv195-MHT<br>      (WO) |

JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs Abkco Music, Inc., Average Joes Entertainment Group, Big Gassed Hitties, Bocephus Music, Inc., Broadcast Music, Inc., Capizzi Music Co., Cyanide Punlishing, Dimensional Music Publishing LLC, EMI Blackwood Inc., Elderotto Music Publishing, Escatawpa

Songs, Gary S. Paxton Publications, Inc., Indiana Angel Music, Lucky Thumb Music, Moebetoblame Music, Noah's Little Boatmusic, Rondor Music International, Inc., Sea Gayle Music LLC, Songs of Universal, Inc., Unichappel Music Inc., and Warner-Tamerlane Publishing Corp.'s motion for default judgment against defendants Bama Lanes, Inc., Steven Lander, and Terri Lander (doc. no. 13) is granted.

(2) Judgment is entered in favor of plaintiffs Abkco Music, Inc., Average Joes Entertainment Group, Big Gassed Hitties, Bocephus Music, Inc., Broadcast Music, Inc., Capizzi Music Co., Cyanide Punlishing, Dimensional Music Publishing LLC, EMI Blackwood Inc., Elderotto Music Publishing, Escatawpa Songs, Gary S. Paxton Publications, Inc., Indiana Angel Music, Lucky Thumb Music, Moebetoblame Music, Noah's Little Boatmusic, Rondor Music International, Inc., Sea Gayle Music LLC, Songs of Universal, Inc., Unichappel Music Inc., and Warner-Tamerlane Publishing Corp. and against defendants Bama Lanes, Inc., Steven Lander, and Terri Lander .

(3)  Plaintiffs  Abkco  Music,  Inc.,  Average  Joes Entertainment Group, Big Gassed Hitties, Bocephus Music, Inc., Broadcast Music, Inc., Capizzi Music Co., Cyanide Punlishing,  Dimensional  Music  Publishing  LLC,  EMI Blackwood  Inc.,  Elderotto  Music  Publishing,  Escatawpa Songs, Gary S. Paxton Publications, Inc., Indiana Angel Music, Lucky Thumb Music, Moebetoblame Music, Noah's Little Boatmusic, Rondor Music International, Inc., Sea Gayle  Music  LLC,  Songs  of  Universal,  Inc.,  Unichappel Music Inc., and Warner-Tamerlane Publishing Corp. shall have and recover from defendants Bama Lanes, Inc., Steven Lander, and Terri Lander  statutory damages of $ 30,000, divided as follows:

| $ 3,000 | Broadcast Music, Inc.; Bocephus Music, Inc. |
| --- | --- |
| $ 3,000 | Broadcast Music, Inc.; Moebetoblame Music |
| $ 3,000 | Broadcast Music, Inc.; Unichappell Music, Inc. |

| | |
|---|---|
| $ 3,000 | Broadcast Music, Inc.; Capizzi Music Co.; Gary S. Paxton Publications, Inc.; Dimensional Music Publishing LLC |
| $ 3,000 | Broadcast Music, Inc.; Cyanide Publishing |
| $ 3,000 | Broadcast Music, Inc.; Rondor Music International |
| $ 3,000 | Broadcast Music, Inc.; Abkco Music, Inc. |
| $ 3,000 | Broadcast Music, Inc.; Songs of Universal, Inc.; Escatawpa Songs |
| $ 3,000 | Broadcast Music, Inc.; Warner-Tamerlane Publishing Corp.; Average Joes Entertainment Group; Brantley Keith Gilbert |
| $ 3,000 | Broadcast Music, Inc.; EMI Blackwood Music Inc.; Warner-Tamerlane Publishing Corp.; Cory J. Glerman; Lee Thomas Miller; Sea Gayle Music LLC; James Allen Otto; Jamey Van Johnson |

(4) Defendants Bama Lanes, Inc., Steven Lander, and Terri Lander, their officers, agents, servants, employees, and all persons acting under their permission and

4

authority who receive actual notice of this injunction and judgment by personal service or otherwise, are each jointly and separately ENJOINED and RESTRAINED from directly or indirectly infringing plaintiffs Abkco Music, Inc., Average Joes Entertainment Group, Big Gassed Hitties, Bocephus Music, Inc., Broadcast Music, Inc., Capizzi Music Co., Cyanide Punlishing, Dimensional Music Publishing LLC, EMI Blackwood Inc., Elderotto Music Publishing, Escatawpa Songs, Gary S. Paxton Publications, Inc., Indiana Angel Music, Lucky Thumb Music, Moebetoblame Music, Noah's Little Boatmusic, Rondor Music International, Inc., Sea Gayle Music LLC, Songs of Universal, Inc., Unichappel Music Inc., and Warner-Tamerlane Publishing Corp.'s copyright rights under federal or state law, whether now in existence or later created, that is owned, controlled, or licensed by plaintiffs Abkco Music, Inc., Average Joes Entertainment Group, Big Gassed Hitties, Bocephus Music, Inc., Broadcast Music, Inc., Capizzi Music Co., Cyanide Punlishing,

Dimensional Music Publishing LLC, EMI Blackwood Inc., Elderotto Music Publishing, Escatawpa Songs, Gary S. Paxton Publications, Inc., Indiana Angel Music, Lucky Thumb Music, Moebetoblame Music, Noah's Little Boatmusic, Rondor Music International, Inc., Sea Gayle Music LLC, Songs of Universal, Inc., Unichappel Music Inc., and Warner-Tamerlane Publishing Corp.

It is the further ORDER of this court that reasonable attorneys' fees and costs are taxed against defendants Bama Lanes, Inc., Steven Lander, and Terri Lander in the amount of $ 2,076.64, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

This case is closed.

DONE, this the 12th day of December, 2013.

                               /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE